ants' notice is the first one properly served, and the defendants should be permitted to take plaintiff's depositions before the plaintiff proceeds with the taking of defendants' depositions.

Accordingly, both of these motions by the defendants are granted.

Settle order on two days' notice.

join as plaintiff and plaintiff now moves to add the licensee as party defendant.

It would appear that the exclusive licensee is a necessary and indispensible party to this action. Since it refuses to join, the licensee may be made a defendant in the action. Fed.Rules Civ.Proc. rule 19, 28 U.S.C.A.

Motion will be sustained.

### AREY v. GOODYEAR TIRE & RUBBER CO.
Civ. No. 25038.

United States District Court
N. D. Ohio, E. D.
Jan. 29, 1951.

### Application of A. PELLEGRINO & SON. Inc.

United States District Court
S. D. New York.
Nov. 20, 1950.

Gordon C. Arey, Cincinnati, Ohio, Arthur H. VanHorn, Cleveland, Ohio, for plaintiff.

Luther E. Morrison, New York City, S. D. Jackson, Jr., Cleveland, Ohio, for defendant.

JONES, Chief Judge.

This is a patent infringement action brought by the owner of the patent. The exclusive licensee of the patent refuses to